CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:  (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendant
ERIC GRACIANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. EDCV10-1741 WDK (FMO) |
|---|---|
| Plaintiff, | **ANSWER TO COMPLAINT** |
| v. | **DEMAND FOR JURY TRIAL** |
| ERIC GRACIANO, individually and dba PALOMINOS BAR, | |
| Defendants. | |

COMES NOW Defendant ERIC GRACIANO, individually and dba PALOMINOS BAR (hereinafter "DEFENDANT"), to herewith answer the Complaint:

1.  Answering Paragraph 1 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

2.  Answering Paragraph 2 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations

1  contained therein.

2  3.  Answering Paragraph 3 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

4.  Answering Paragraph 4 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

5.  Answering Paragraph 5 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

6.  Answering Paragraph 6 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

7.  Answering Paragraph 7 of Plaintiff's Complaint, DEFENDANT admits that "Palominos Bar" is located at 25082 East Base Line Street, San Bernardino, California 92410.  Other than as expressly admitted, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

## COUNT I

8.  Answering Paragraph 8 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

9.  Answering Paragraph 9 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

10.  Answering Paragraph 10 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

11.  Answering Paragraph 11 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

12.  Answering Paragraph 12 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

13.  Answering Paragraph 13 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

14.  Answering Paragraph 14 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

15.  Answering Paragraph 15 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

16.  Answering Paragraph 16 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

17. Answering Paragraph 17 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

## COUNT II

18. Answering Paragraph 18 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

19. Answering Paragraph 19 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

20. Answering Paragraph 20 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

21. Answering Paragraph 21 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

22. Answering Paragraph 22 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

///

## COUNT III

23. Answering Paragraph 23 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

24. Answering Paragraph 24 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

25. Answering Paragraph 25 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

26. Answering Paragraph 26 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

## COUNT IV

27. Answering Paragraph 27 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

28. Answering Paragraph 28 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

29. Answering Paragraph 29 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the

1  allegations contained in said paragraph, and, on that basis, denies the allegations
2  contained therein.

3      30.    Answering Paragraph 30 of Plaintiff's Complaint, DEFENDANT is
4  without sufficient knowledge or information to form a belief as to the truth of the
5  allegations contained in said paragraph, and, on that basis, denies the allegations
6  contained therein.

7      31.    Answering Paragraph 31 of Plaintiff's Complaint, DEFENDANT is
8  without sufficient knowledge or information to form a belief as to the truth of the
9  allegations contained in said paragraph, and, on that basis, denies the allegations
10 contained therein.

11     32.    Answering Paragraph 32 of Plaintiff's Complaint, DEFENDANT is
12 without sufficient knowledge or information to form a belief as to the truth of the
13 allegations contained in said paragraph, and, on that basis, denies the allegations
14 contained therein.

15     33.    Answering Paragraph 33 of Plaintiff's Complaint, DEFENDANT is
16 without sufficient knowledge or information to form a belief as to the truth of the
17 allegations contained in said paragraph, and, on that basis, denies the allegations
18 contained therein.

19     34.    Answering Paragraph 34 of Plaintiff's Complaint, DEFENDANT is
20 without sufficient knowledge or information to form a belief as to the truth of the
21 allegations contained in said paragraph, and, on that basis, denies the allegations
22 contained therein.

23     35.    Answering Paragraph 35 of Plaintiff's Complaint, DEFENDANT is
24 without sufficient knowledge or information to form a belief as to the truth of the
25 allegations contained in said paragraph, and, on that basis, denies the allegations
26 contained therein.

27     36.    Answering Paragraph 36 of Plaintiff's Complaint, DEFENDANT is
28 without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. As for a first, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's Complaint fails to state facts sufficient to constitute a claim.

2. As for a second, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that DEFENDANT's conduct was not the cause in fact, or the proximate cause, of any of the injury and damages alleged by Plaintiff.

3. As for a third, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that said DEFENDANT's acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations and practices reasonably and in good faith belief to be in accordance with the laws of the United States, and this DEFENDANT, therefore, is not liable.

4. As for a fourth, separate and distinct affirmative defense to the Complaint, and each and every count therein, the purported copyrights of Plaintiff are unenforceable because the subject matter was in the public domain.

5. As for a fifth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff lacks standing to bring suit under the counts alleged in the Complaint.

6. As for a sixth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff was not damaged by the purported acts of DEFENDANT alleged in the Complaint.

7. As for a seventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that the purported acts of DEFENDANT alleged in the Complaint, if they were committed

by DEFENDANT at all, were not done willfully.

8. As for an eighth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that each of the counts set forth in the Complaint is barred by the applicable statute of limitations.

9. As for a ninth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that each and every claim is barred in whole or in part by the privilege of fair use.

10. As for a tenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that DEFENDANT had a license to use every work claimed to be owned or assigned to Plaintiff.

11. As for an eleventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that DEFENDANT's conduct was not the cause in fact, or the proximate cause of any of the losses alleged by Plaintiff.

DEFENDANT has not completed his investigation of the allegations of the Plaintiff in the Complaint, and specifically reserves the right to amend his Answer and present additional affirmative defenses as necessary.

WHEREFORE, this answering DEFENDANT prays for judgment as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1. That Plaintiff's request for damages is denied;
2. That Plaintiff's request for injunctive relief is denied;
3. For reasonable attorney's fees and costs of suit incurred therein; and
4. For such other and further relief as the Court deems proper.

Dated: December 30, 2010            TINGLEY PIONTKOWSKI LLP


By: */s/ Bruce Piontkowski*
BRUCE C. PIONTKOWSKI
Attorneys for Defendant

## DEMAND FOR JURY TRIAL

DEFENDANT hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Court.

Dated: December 30, 2010                TINGLEY PIONTKOWSKI LLP


By: */s/ Bruce Piontkowski*
BRUCE C. PIONTKOWSKI
Attorneys for Defendant