1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7
   Bruce C. Piontkowski, SBN 152202
8  TINGLEY PIONTKOWSKI, LLP
   10 Almaden Blvd., Suite 430
9  San Jose, CA 95113

10 Tel: 408-283-7000
   Fax: 408-283-7010
11 bpiontkowski@tingleyllp.com

12 Attorneys for Defendant
   Eric Graciano
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. 5:10-CV-01741-WDK-FMO |
|---|---|
| Plaintiff, | JOINT STATUS REPORT RE: OUTCOME OF THE MEDIATION |
| v. | FOR: HON. FERNANDO M. OLGUIN |
| ERIC GRACIANO. | |
| Defendant. | |

TO THE HONORABLE FERNANDO M. OLGUIN, THE DEFENDANT/S, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties hereby advise this Honorable Court as to the status of the mediation ordered in the above-entitled action by way of this Joint Status Report.

///

Page 1

### A. Status of Mediation/Settlement:

Mediation in the above entitled action was conducted by private mediator Jeffrey Palmer of ADR Services, Inc. on Thursday, May 31, 2012. Settlement was not reached at the mediation. At this point however Counsel for the Parties are confident that the above-entitled action can and will be resolved without the necessity of trial as settlement discussions are ongoing. Counsel for the Parties respectfully request this Honorable Court permit Plaintiff and Defendant until September 15, 2012 to file dispositional documents (i.e. Stipulation of Dismissal) or a further Status Report detailing progress of the settlement discussions and/or a request that the instant matter be set for trial.

Respectfully submitted,

Dated: August 7, 2012

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: August 2, 2012

TINGLEY PIONTKNWOSKI, LLP
By: Bruce C. Piontkowski
Attorneys for Defendant
Eric Graciano

///
///

# PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 7, 2012, I served:

**JOINT STATUS REPORT RE: OUTCOME OF THE MEDIATION**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce C. Piontkowski, Esq. (Attorneys for Defendant)
Mr. Jonathan A. McMahon, Esq.
**TINGLEY PIONTKOWSKI, LLP**
10 Almaden Blvd, Suite 430
San Jose, CA 95113
Email: bpiontkowski@tingleyllp.com
       jmcmahon@tingleyllp.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 7, 2012, at South Pasadena, California.

Dated: August 7, 2012            /s/ Maria Baird
                                 **MARIA BAIRD**